United States District Court
Southern District of Texas
**ENTERED**
September 08, 2023
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| JAMES F., | § | |
|    Plaintiff, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 4:23-CV-2063 |
| | § | |
| CLEAR CREEK INDEPENDENT | § | |
| SCHOOL DISTRICT, | § | |
|    Defendant. | § | |

## **ORDER**

     Before the Court is a pre-motion conference letter filed by Defendant Clear Creek Independent School District ("Clear Creek") requesting permission to file a motion to dismiss. (Dkt. 4). The Court concludes that a pre-motion conference is not necessary at this time. Plaintiff James F., by and through his next friends, Christine F. and Michael F. ("James F."), may file an amended complaint **on or before September 29, 2023**. Clear Creek may file a motion to dismiss **within 14 days** of the date on which James F. files his amended complaint. If James F. does not amend his complaint before the September 29 deadline, then Clear Creek may file a motion to dismiss **on or before October 13, 2023**. Response and reply deadlines will fall according to the Federal Rules of Civil Procedure and the Local Rules for the Southern District of Texas.

     SIGNED at Houston, Texas on September 8, 2023.

                                                                _____
                                                                 GEORGE C. HANKS, JR.
                                                           UNITED STATES DISTRICT JUDGE