IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| JAMES F., by and through his next friends, CHRISTINE F. and MICHAEL F., | § § § § | |
| Plaintiff, | § § | |
| v. | § § | CIVIL ACTION NO. 4:23-cv-02063 |
| CLEAR CREEK INDEPENDENT SCHOOL DISTRICT, | § § § § | |
| Defendant. | § | |

**PLAINTIFF'S CERTIFICATE OF INTERESTED PERSONS**

The undersigned counsel for James F. certifies that the following listed persons or entities are financially interested in the outcome of this case:

1. James F., Plaintiff

2. Christine F.

3. Michael F.

4. Clear Creek Independent School District

5. Whitburn & Pevsner, PLLC, 2000 E. Lamar Blvd., Suite 600, Arlington, Texas 76006

6. Thompson & Horton, LLP, 3200 Southwest Freeway, Suite 2000, Houston, Texas 77027

DATE: September 27, 2023 　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　　　　s/_Mark Whitburn_____
　　　　　　　　　　　　　　　　　　　　　　　　Mark Whitburn
　　　　　　　　　　　　　　　　　　　　　　　　Texas Bar No. 24042144
　　　　　　　　　　　　　　　　　　　　　　　　Sean Pevsner
　　　　　　　　　　　　　　　　　　　　　　　　Texas Bar No. 24079130
　　　　　　　　　　　　　　　　　　　　　　　　Whitburn & Pevsner, PLLC
　　　　　　　　　　　　　　　　　　　　　　　　2000 E. Lamar Blvd., Suite 600
　　　　　　　　　　　　　　　　　　　　　　　　Arlington, Texas 76006
　　　　　　　　　　　　　　　　　　　　　　　　Tel: (817) 653-4547
　　　　　　　　　　　　　　　　　　　　　　　　Fax: (817) 653-4477
　　　　　　　　　　　　　　　　　　　　　　　　mwhitburn@whitburnpevsner.com

　　　　　　　　　　　　　　　　　　　　　　　　Attorneys for Plaintiff

## CERTIFICATE OF SERVICE

　　　　I hereby certify that the foregoing document was served on the following counsel for Defendant by electronic filing service on September 27, 2023:

Janet L. Horton
Arlene P. Gonzalez
Thompson & Horton LLP
3200 Southwest Freeway, Suite 2000
Houston, Texas 77027

　　　　　　　　　　　　　　　　　　　　　　　　/s/_Mark Whitburn_____
　　　　　　　　　　　　　　　　　　　　　　　　Mark Whitburn