IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| JAMES F., by and through his next Friends, CHRISTINE F. and MICHAEL F.,<br>　　　　Plaintiff,<br><br>v.<br><br>CLEAR CREEK INDEPENDENT SCHOOL DISTRICT,<br>　　　　Defendant. | §§§§§§§§§§ Civil Action No. 4:23-cv-02063 |

## **DEFENDANT'S CERTIFICATE OF INTERESTED PARTIES**

Defendant, Clear Creek Independent School District, certifies that the following persons or entities may have a financial interest in the outcome of this litigation:

1. **James F. by and through his next friends Christine F. and Michael F.**　　　　**Plaintiff**
   c/o Whitburn & Pevsner, PLLC
   2000 E. Lamar Blvd., Suite 600
   Arlington, Texas 76006

2. **Mark Whitburn and Sean Pevsner**　　　　**Attorneys for Plaintiff**
   Whitburn & Pevsner, PLLC
   2000 E. Lamar Blvd., Suite 600
   Arlington, Texas 76006

3. **Clear Creek Independent School District**　　　　**Defendant**
   2425 East Main Street
   League City, Texas 77573

4. **Janet Horton**　　　　**Attorneys for Defendant**
   **Arlene Gonzalez**
   Thompson & Horton LLP
   3200 Southwest Freeway, Suite 2000
   Houston, Texas 77027

1

Respectfully submitted,

**THOMPSON & HORTON LLP**

By: */s/ Janet L. Horton*
      **Janet L. Horton**
      Texas Bar No. 10021500
      jhorton@thompsonhorton.com
      (713) 554-6746 (telephone)
      (713) 583-8997 (fax)
      **Arlene P. Gonzalez**
      Texas Bar No. 24109079
      agonzalez@thompsonhorton.com
      (713) 333-6139 (telephone)
      (713) 583-5136 (fax)
      3200 Southwest Freeway, Suite 2000
      Houston, Texas 77027

**ATTORNEYS FOR CLEAR CREEK ISD**

**CERTIFICATE OF SERVICE**

    I certify that a true and correct copy of the foregoing pleading has been served on all counsel of record through the Court's electronic filing system, on September 28, 2023:

Mark Whitburn
Sean Pevsner
Whitburn & Pevsner, PLLC
2000 E. Lamar Blvd., Suite 600
Arlington, Texas 76006

          /s/ *Janet L. Horton*
               Janet L. Horton