Case 4:23-cv-02063   Document 12   Filed on 12/01/23 in TXSD   Page 1 of 1

United States District Court
Southern District of Texas
**ENTERED**
December 01, 2023
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| JAMES F., by and through his next friends, CHRISTINE F. and MICHAEL F., | § § § | |
| Plaintiff, | § § | |
| v. | § § | CIVIL ACTION NO. 4:23-cv-02063 |
| CLEAR CREEK INDEPENDENT SCHOOL DISTRICT, | § § § § | |
| Defendant. | § | |

## ORDER RE AGREED MOTION FOR EXTENSION OF DEADLINE TO FILE MOTION FOR ADDITIONAL EVIDENCE

CAME ON TO BE CONSIDERED Plaintiff's Agreed Motion for Extension of Deadline to File Motion for Additional Evidence (the "Motion"). After consideration of the Motion, it is GRANTED.

ACCORDINGLY, the deadline for Plaintiff to file any Motion for Additional Evidence is hereby extended to December 18, 2023. FURTHERMORE, the deadline for Defendant is extended to January 10, 2024, to file a response to any Motion for Additional Evidence filed by Plaintiff on or before December 18, 2023.

SIGNED on December 1, 2023

_____
JUDGE PRESIDING