IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| JAMES F., by and through his next friends, CHRISTINE F. and MICHAEL F., | § § § | |
| Plaintiff, | § § | |
| v. | § § | CIVIL ACTION NO. 4:23-cv-02063 |
| CLEAR CREEK INDEPENDENT SCHOOL DISTRICT, | § § § § | |
| Defendant. | § | |

**ORDER ON DEFENDANT'S AGREED MOTION TO EXTEND DEADLINE FOR DEFENDANT TO RESPOND TO PLAINTIFF'S MOTION FOR ADMISSION OF ADDITIONAL EVIDENCE**

CAME ON TO BE CONSIDERED Defendant's Agreed Motion to Extend the Deadline for Defendant to Respond to Plaintiff's Motion for Admission of Additional Evidence (the "Motion"). After consideration of the Motion, it is GRANTED.

ACCORDINGLY, the deadline for Defendant to file a response opposing the Motion for Admission of Additional Evidence is hereby extended to January 22, 2024.

_____
JUDGE PRESIDING

1