United States Courts
Southern District of Texas
FILED

FEB 02 2024

Nathan Ochsner, Clerk of Court

**UNITED STATES DISTRICT COURT**     **SOUTHERN DISTRICT OF TEXAS**

J.F. b/n/f C.F. & M.F.  §
                        §
v.                      §      CASE NUMBER  4:23cv 2063
                        §
Clear Creek ISD         §
                        §

1 USB containing copy of the
certified admin record in T.E.A.
Special ed.

**DOCUMENT IS:**

[✓]  **LOOSE IN FILE**

[ ]  **IN VAULT SEALED**

[X]  Green
     IN ~~BROWN~~ EXPANDABLE FOLDER

INSTRUMENT #_____



Texas Education Agency                                        Commissioner Mike Morath

1701 North Congress Avenue • Austin, Texas 78701-1494 • 512-463-9734 • 512-463-9838 FAX • tea.texas.gov

January 22, 2024

**Via Fed Ex # 8161 4173 6725**
Clerk of Court
U.S. District Court, Southern District of Texas
Houston Division
515 Rusk Ave.
Houston, TX 77002

Re:   J.F. b/n/f C.F. and M.F. v. Clear Creek Independent School District; Civil Action No.
      4:23-cv-02063; In the United States District Court for the Southern District of Texas,
      Houston Division
      (TEA SE Docket No. 262-SE-0522)

To the Clerk of the Court:

At the request of the Plaintiff's counsel, enclosed please find 1 USB containing an electronic
copy of the certified administrative record in Texas Education Agency special education due
process hearing docket number 262-SE-0522.

Should you have any questions, please do not hesitate to call me at (512) 463-9576.

Sincerely,

*Brittney Salaiz*

Brittney Salaiz
Office of General Counsel
Texas Education Agency
1701 N. Congress Ave.
Austin, Texas 78701

Enclosure as stated

cc:   Mark Whitburn
      Whitburn Pevsner, PLLC
      (Attorney for Plaintiff)

      Janet Horton
      Thompson & Horton, LLP
      (Attorney for Defendant)



CERTIFIED RECORD
TEA Docket No. 262-SE-0522
CONFIDENTIAL

CONFIDENTIAL

CONFIDENTIAL