UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| JAMES F., by and through his next friends, CHRISTINE F. and MICHAEL F., §§§§§ | | |
| Plaintiff, § | | |
| § | | |
| v. § | | CIVIL ACTION NO. 4:23-CV-02063 |
| § | | |
| CLEAR CREEK INDEPENDENT SCHOOL DISTRICT §§§ | | |
| Defendant. § | | |

### DEFENDANT'S RESPONSE THAT IT IS NOT OPPOSED TO PLAINTIFF'S EMERGENCY MOTION FOR CONTINUANCE OF DEADLINE TO FILE MOTIONS FOR SUMMARY JUDGMENT

TO THE HONORABLE JUDGE OF THE COURT:

Comes now the Defendant Clear Creek Independent School District ("District") and files its Response That It Is Not Opposed to Plaintiff's Emergency Motion for Continuance of Deadline to File Motions for Summary Judgement. (Doc. No. 19).

1. The District **IS NOT OPPOSED** to Plaintiff's motion. Currently pending is Plaintiff's Motion for Leave to File Motion for Admission of Additional Evidence. (Doc. No. 13). The District filed a response that it was not opposed to Plaintiff filing the motion for leave, but that if it was granted, the District wanted time to oppose adding any evidence to the administrative record. (Doc. No. 14). The Parties subsequently filed an agreed motion asking that the District have until January 22, 2024 to file opposition to additional evidence if the motion for leave was granted. (Doc. No. 15). Document Numbers 13 and 14 have not been ruled on. Document 15 is no longer relevant.

1

2. Under the IDEA, the Court is to make a decision in the appeal based on the administrative record from the special education due process hearing. Cross-motions for summary judgment based on the administrative record are currently due February 16, 2024.

3. The issue of whether the administrative record will stand as it now exists in the Court's records or will be supplemented by additional evidence affects the Parties' ability to prepare their dispositive motions. The District agrees that until the matter is resolved regarding exactly what the administrative record contains, the date for filing dispositive motions should be continued.

4. The District does **NOT OPPOSE** Plaintiff's Emergency Motion for Continuance of Deadline to File Motions for Summary Judgement and joins with the Plaintiff in requesting this continuance until the matter of the administrative record is resolved.

Respectfully submitted,

**THOMPSON & HORTON LLP**

By: /s/ *Janet L. Horton*
  Janet L. Horton
  *Attorney-in-Charge*
  State Bar No. 10021500
  jhorton@thompsonhorton.com
  Arlene P. Gonzalez
  State Bar No. 24109079
  agonzalez@thompsonhorton.com

3200 Southwest Freeway, Suite 2000
Houston, Texas 77027
Telephone: (713) 554-6746
Facsimile: (713) 583-8997
**ATTORNEYS FOR DEFENDANT
CLEAR CREEK ISD**

## CERTIFICATE OF SERVICE

On February 13, 2024, I electronically filed the foregoing document with the Clerk of the Court of the United States District Court for the Southern District of Texas, using the electronic case filing system of the Court. I hereby certify that I have served all counsel and/or pro se parties of record electronically using the CM/ECF filing system or by any other manner authorized by Federal Rule of Civil Procedure 5(b)(2).

Mark Whitburn
Sean Pevsner
Whitburn & Pevsner, PLLC
2000 E. Lamar Blvd., Suite 600
Arlington, Texas 76006

                                                 /s/ *Janet L. Horton*
                                                    Janet L. Horton