United States District Court
Southern District of Texas
**ENTERED**
February 13, 2024
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| JAMES F., by and through his next friends, CHRISTINE F. and MICHAEL F., | § § § | |
| Plaintiff, | § § | |
| v. | § § | CIVIL ACTION NO. 4:23-cv-02063 |
| CLEAR CREEK INDEPENDENT SCHOOL DISTRICT, | § § § § | |
| Defendant. | § | |

## ORDER RE PLAINTIFF'S EMERGENCY MOTION FOR CONTINUANCE OF DEADLINE TO FILE MOTIONS FOR SUMMARY JUDGMENT

CAME ON TO BE CONSIDERED Plaintiff's Emergency Motion for Continuance of Deadline to File Motions for Summary Judgment (the "Motion"). After consideration of the Motion and any arguments presented by the parties, it is GRANTED.

ACCORDINGLY, the deadline for filing motions for summary judgment, previously scheduled for February 16, 2024, is hereby continued until a date to be determined after this Court issues rulings on other motions related to the potential consideration of new evidence in this matter.

SIGNED on February 13, 2024.

_George C. Hanks Jr._
JUDGE PRESIDING

1