United States District Court
Southern District of Texas
**ENTERED**
April 12, 2024
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| JAMES F., § | |
|     Plaintiff, § | |
| § | |
| VS. § | CIVIL ACTION NO. 4:23-CV-02063 |
| § | |
| CLEAR CREEK INDEPENDENT § | |
| SCHOOL DISTRICT, § | |
|     Defendant. § | |

**ORDER**

Pending before the Court is Plaintiff's motion for leave to file motion for admission of additional evidence. (Dkt. 13). Defendant is unopposed. (Dkt. 14). Upon review, the Court hereby **GRANTS** Plaintiff's motion for leave. (Dkt. 13). The Clerk is **DIRECTED** to file Plaintiff's motion for admission of additional evidence (Dkt. 13-1) as a separate instrument on the Court's docket.

Defendant may file a response to Plaintiff's motion for additional evidence by **May 3, 2024**. Plaintiff may file a reply by **May 9, 2024**.

Also pending before the Court is the parties' agreed motion for extension of time to respond to Plaintiff's motion for admission of additional evidence. (Dkt. 15). Based on the foregoing, that motion is **DENIED AS MOOT**.

    SIGNED at Houston, Texas on April 12, 2024.

*George C. Hanks Jr.*
GEORGE C. HANKS, JR.
UNITED STATES DISTRICT JUDGE
