Case 4:23-cv-02063   Document 25   Filed on 05/06/24 in TXSD   Page 1 of 1

United States District Court
Southern District of Texas
**ENTERED**
May 06, 2024
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| JAMES F.,  Plaintiff, | § § § | |
| VS. | § | CIVIL ACTION NO. 4:23-CV-02063 |
| CLEAR CREEK INDEPENDENT SCHOOL DISTRICT,  Defendant. | § § § § | |

## ORDER

Defendant's unopposed motion to extend the deadline to respond to Plaintiff's motion for admission of additional evidence (Dkt. 24) is **GRANTED**. It is therefore **ORDERED** that the deadline to respond is extended to **May 10, 2024.** Plaintiff may file a reply within 7 days of the filing of the response.

SIGNED at Houston, Texas, this __6th__ day of May 2024.

_____
GEORGE C. HANKS, JR.
United States District Judge