UNITED STATES DISTRICT COURT     SOUTHERN DISTRICT OF TEXAS

| | |
|---|---|
| James F., b/n/f Christine F. and Michael F., <br><br>*versus*<br><br>Clear Creek Independent School District | § § § § § § § § § § § §     CIVIL ACTION NUMBER:<br>4:23-cv-02063 |

## CONSENT TO PROCEED BEFORE A MAGISTRATE JUDGE

    All parties to this case waive their right to proceed before a district judge and consent to have a United States Magistrate Judge conduct all further proceedings, including the trial and judgment. 28 U.S.C. § 636 (c).

/s/ Mark Whitburn  
On behalf of Plaintiff            *[signature]* on behalf of CCISD

### ORDER TO TRANSFER

This case is transferred to United States Magistrate Judge

to conduct all further proceedings, including final judgment.

Date                                        United States District Judge

SDTX (consent mag) 7/13/98