United States District Court
Southern District of Texas
**ENTERED**
July 16, 2024
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT     SOUTHERN DISTRICT OF TEXAS

| | |
|---|---|
| James F., b/n/f Christine F. and Michael F., <br><br> *versus* <br><br> Clear Creek Independent School District | § § § § § § § § § § § § <br><br> CIVIL ACTION NUMBER: <br> 4:23-cv-02063 |

# CONSENT TO PROCEED BEFORE A MAGISTRATE JUDGE

All parties to this case waive their right to proceed before a district judge and consent to have a United States Magistrate Judge conduct all further proceedings, including the trial and judgment. 28 U.S.C. § 636 (c).

/s/ Mark Whitburn
On behalf of Plaintiff

[signature] on behalf of CCISD

# ORDER TO TRANSFER

This case is transferred to United States Magistrate Judge

_____

to conduct all further proceedings, including final judgment.

July 16, 2024                                    [signature] George C. Hanks Jr
Date                                             United States District Judge

SDTX (consent mag) 7/13/98