# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS

James F.

v.   Case Number: 4:23–cv–02063

Clear Creek Independent School District

## Notice of Setting

**A proceeding has been set in this case as set forth below.**

**BEFORE:**
**Magistrate Judge Andrew M Edison**

**LOCATION:**
by video
Meeting Link:
*https://www.zoomgov.com/j/1601995344?pwd=b3lqWHBLQzBreGl2eDRmVXh5MjBsUT09*
Meeting phone number: 646–828–7666
Meeting ID: 160 199 5344
Meeting Password: 152902

United States District Court
515 Rusk Street
Houston, TX 77002

**DATE:** 7/19/2024

**TIME:** 01:30 PM

**TYPE OF PROCEEDING:** Status Conference

Date:   July 16, 2024                                                                 Nathan Ochsner, Clerk