United States District Court
Southern District of Texas
**ENTERED**
March 03, 2026
Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| JAMES F., | § | |
| | § | |
| Plaintiff. | § | |
| | § | |
| V. | § | CIVIL ACTION NO. 4:23-cv-02063 |
| | § | |
| CLEAR CREEK INDEPENDENT | § | |
| SCHOOL DISTRICT, | § | |
| | § | |
| Defendant. | § | |

## FINAL JUDGMENT

Pursuant to the court's opinion and order entered today, judgment is entered for Defendant Clear Creek Independent School District.

This is a final judgment.

The Clerk will provide copies of this judgment to the parties.

SIGNED this ___5___ day of March 2026.

_____
ANDREW M. EDISON
UNITED STATES MAGISTRATE JUDGE